DANIEL DOUGLASS, RESPONDENT, v. WILLIAM · DAY, DAVID P. HALL, AND EDGAR M. SMITH, APPELLANTS.

*Exceptions necessary to Appeal to Court of Appeals.*

When a case does not contain any exceptions, the judgment cannot be reviewed in this Court.

APPEAL from a judgment of the Supreme Court, rendered at General Term in the Eighth District, affirming a judgment for the `Plaintiff, rendered at Special Term, after trial before Mr. Justice Bowen, without a jury. The facts are sufficiently stated in the opinion.

SCRUGHAM, J.—There is not in this case a single exception. The case was tried before a judge, without a jury, on a statement of facts agreed upon by the parties. The action was brought upon a promissory note, the complaint stating that on the 22d of November, 1855, there was paid on and toward the said note the sum of $166, being the avails arising from the sale of certain shares of the Van Buren Harbor Company's scrip, which was sold on the said 22d day of November, by virtue of certain agreements existing between the Plaintiff and the Defendants, William Day and David P. Hall.

The question as to the validity of this sale was involved in the defence, and the judge, in his decision, found " that on the 22d day of November, 1855, there was paid on and toward the said note the sum of $166, in the mode and manner stated in the complaint."

This finding determined the legal question, as to the validity of the sale, adversely to the Defendant, and if the Defendants wished a review, they should, within ten days after notice of the judgment, have filed their exceptions, as they should also have done in respect to the subsequent conclusion that the Plaintiff is entitled to recover against them.

It has been repeatedly decided that where a case does not contain any exceptions, the judgment cannot be reviewed in this

Court (Hunt *v.* Bloomer, 3 Kernan 341 ; Johnson *v.* Whitlock, 3 Kernan, 344; Magie *v.* Baker, 4 Kernan 435 ; Smith *v.* Grant, 15 N. Y. 590).

The judgment should be affirmed.

Affirmed.

JOEL TIFFANY,

State Reporter.
